```
PHILLIP TALBERT
United States Attorney
MATHEW W. PILE, WSBA No. 32245
Associate General Counsel
Office of Program Litigation, Office 7
MARY TSAI, CSBN 216963
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
     6401 Security Boulevard
     Baltimore, MD 21235
     Telephone: (510) 970-4864
     E-Mail: mary.tsai@ssa.gov
Attorneys for Defendant
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| STACEY SAVY MEAS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.: 2:24-cv-01295-CKD<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

Pending the Court's approval, the parties hereby stipulate that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from September 13, 2024, up to and including October 15, 2024.

This is Defendant's first request for an extension, and it is made with good cause. Defendant's counsel has worked diligently to meet the timelines provided by the Court but has been prevented from doing so by her busy schedule. Defendant's counsel has five briefs due during the one-week period between September 9 and September 16, 2024. Defendant requests this extension in good faith and with no intent to delay these proceedings unnecessarily.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                        Respectfully submitted,

Dated: September 3, 2024        /s/ *Josephine Mary Gerrard*\*
                                        *(\*as authorized via e-mail on September 3, 2024)*
                                        JOSEPHINE MARY GERRARD
                                        Attorney for Plaintiff

Dated: September 3, 2024        PHILLIP A. TALBERT
                                        United States Attorney

                                        MATHEW W. PILE
                                        Associate General Counsel
                                        Office of Program Litigation, Office 7

                       By:     */s/ Mary Tsai*
                                        MARY TSAI
                                        Special Assistant U.S. Attorney
                                        Office of Program Litigation, Office 7

                                        Attorneys for Defendant

## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including October 15, 2024, to respond to Plaintiff's Motion for Summary Judgment.

Dated:  September 5, 2024

                                        CAROLYN K. DELANEY
                                        UNITED STATES MAGISTRATE JUDGE